974 So.2d 543 (2008)
Hugh MESSEC a/k/a Joe Hopkins, Appellant,
v.
STATE of Florida, Appellee.
No. 4D08-135.
District Court of Appeal of Florida, Fourth District.
February 13, 2008.
Hugh Messec a/k/a Joe Hopkins; Raiford, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed. Pugh v. State, 954 So.2d 1254 (Fla. 4th DCA 2007); Colson v. State, 830 So.2d 194 (Fla. 4th DCA 2002).
WARNER, MAY and DAMOORGIAN, JJ., concur.